ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 11:08:28 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00197-CV

_____

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 11:08:28 AM
CHRISTOPHER A. PRINE
Clerk

LETICIA LOYA,

*Appellant*,

v.

MIGUEL LOYA, VITOL, INC., MICHAEL METZ,
ANTONIO MAARRAOUI,

*Appellees.*

_____

## UNOPPOSED MOTION FOR LEAVE TO FILE
## SUR-REPLY BRIEF OF APPELLEES

_____

On Appeal from the 190th District Court, Harris County, Texas
Trial Court Cause No. 2012-33464

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellees, Vitol Inc., Michael Metz, Antonio Maarraoui (collectively "the Vitol Appellees"), and Miguel Loya ("Miguel") file this Unopposed Motion for Leave to File Sur-Reply, and would show the Court as follows:

1.     This case is set for submission without oral argument on October 7, 2015, before a panel consisting of Justice Jennings, Justice Higley, and Justice Brown.  (The companion appeal, No. 01-14-01014-CV, is set for the same date

with the same panel.) The filing of this Sur-Reply will not delay disposition of this case.

2. Appellant filed her Reply Brief on August 17, 2015. Given that there is no oral argument of this case that would provide Appellees with an opportunity to respond to Appellant's Reply Brief, Appellees seek to file a Sur-Reply, attached to this Motion, to briefly address arguments raised in the Reply Brief.

3. Appellant does not oppose this motion for leave.

For all the foregoing reasons, Appellees respectfully request this Court to grant this Unopposed Motion for Leave to File Sur-Reply and grant Appellees such other and further relief to which they may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

*/s/ Patrick W. Mizell*
Patrick W. Mizell
Texas Bar No. 14233980
Catherine B. Smith
Texas Bar No. 03319970
Deborah C. Milner
Texas Bar No. 24065761
Jaclyn M. Lynch
Texas Bar No. 24083429
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2932
Facsimile: 713.615.5912
e-mail: pmizell@velaw.com
e-mail: csmith@velaw.com
e-mail: cmilner@velaw.com
e-mail: jaclynlynch@velaw.com

*Attorneys for Appellees Vitol, Inc., Michael Metz, and Antonio Maarraoui*

**FULLENWEIDER WILHITE, P.C.**

*/s/ Randall B. Wilhite*
Randall B. Wilhite
Texas Bar No. 21476400
Stephen F. Post
Texas Bar No. 24079154
4265 San Felipe, Suite 1400
Houston, Texas 77027
Telephone: 713-624-4100
Facsimile: 713-624-4141
rwilhite@fullenweider.com
service@fullenweider.com

*Attorneys for Appellee Miguel A. Loya*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 9, 2015, Pat Mizell conferred with Jennifer Job (attorney for Appellant) *via* email, and she indicated that Appellant was not opposed to this motion.

*/s/ Catherine B. Smith*
Catherine B. Smith

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 10, 2015, the foregoing Unopposed Motion for Leave to File Sur-Reply Brief of Appellees was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Jennifer Job
James E. Payne
Provost Umphrey Law Firm, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas 77701
409.835.8605
jjob@pulf.com
jpayne@pulf.com
*Attorneys for Appellant Leticia Loya*

*/s/ Catherine B. Smith*
Catherine B. Smith

US 3757117v.1

4